

RECEIVED
JAN 06 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT WALTER            CIVIL ACTION NO. 12-cv-1742

VERSUS            JUDGE ~~FOOTE~~ WALTER

MARTIN SPECIALTY CO., LLC            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of January, 2014.

~~ELIZABETH ERNY FOOTE~~
UNITED STATES DISTRICT JUDGE